

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:             01-17-00340-CV

Style:                    American Fisheries, Inc. v. National Honey, Inc. d/b/a National

Commodities Co., National Honey, Inc. d.b.a. NCC Group, Ltd., Jun

Yang, individually and Linhuang, Individually

Date motion filed*:       September 14, 2017

Type of motion:           Motion to Extend Time to File Court Reporter's Record

Party filing motion:      Appellees National Honey, Inc., Jun Yang and Lin Yang

Document to be filed:     Reporter Trista Visser's Record for July 16, 2017 hearing

Is appeal accelerated?        No.

If motion to extend time:

     Original due date:         August 28, 2017

     Number of extensions granted:    0    Current Due Date:  August 28, 2017

     Date Requested:            N/A (30 days from September 14, 2017 request)

Ordered that motion is:

    ☑ Granted

       If document is to be filed, document due:  October 16, 2017.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

  Generally, the reporter is responsible for both filing and requesting an extension of

  time to file the reporter's record. *See* TEX. R. APP. P. 35.3(c).  However, because

  appellees' motion contends that the reporter advised appellees' counsel to request 30

  days on her behalf due to Hurricane Harvey-related delays, this Court considers

  Harvey as good cause to suspend Rule 35.3(c)'s operation and construes this motion as

  made by the reporter and **grants** it for **30 days**. *See* Emergency Order Authorizing

  Modification and Suspension of Court Procedures in Proceedings Affected by

  Disaster, Misc. Docket No. 17-9091 (Tex. Aug. 28, 2017); TEX. R. APP. P. 2.

Judge's signature: /s/ Evelyn V. Keyes
               ☑ Acting individually    ☐ Acting for the Court
Date: September 21, 2017

November 7, 2008 Revision